IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HELSON PABON GONZALEZ,

    Plaintiff,

v.

P.R.C, et al.

    Defendants.

ORDER

Case No. 18-cv-160-jdp

---

HELSON PABON GONZALEZ,

    Plaintiff,

v.

GARY BOUGHTON, et al.

    Defendants.

ORDER

Case No. 18-cv-161-jdp

---

HELSON PABON GONZALEZ,

    Plaintiff,

v.

ALL C/O STAFF OF D.O.C. DEPT. OF WIS.,

    Defendants.

ORDER

Case No. 18-cv-162-jdp

---

Plaintiff Helson Pabon Gonzalez has submitted a certified inmate trust fund account statement for the six month period preceding the complaint in support of the pending motion to proceed without prepayment of the filing fee. Accordingly, the court must determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the $350.00 fee for filing this case.

Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I conclude plaintiff's initial partial filing fees to be $1.44 for each case. For these cases to proceed, plaintiff must submit these amounts on or before April 11, 2018.

If plaintiff does not have enough money to make the initial partial payments from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

ORDER

IT IS ORDERED that,

1. Plaintiff Helson Pabon Gonzalez is assessed $1.44 as initial partial payments of the $350.00 fees for filing cases 18-cv-160, 18-cv-161 and 18-cv-162. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $1.44 for each case (or a single check in the amount of $4.32) or advise the court in writing why plaintiff is not able to submit the assessed amounts on or before April 11, 2018.

2. If, by April 11, 2018, plaintiff fails to make the initial partial payments or show cause for failure to do so, plaintiff will be held to have withdrawn the actions voluntarily and the cases will be closed without prejudice to plaintiff filing this case at a later date.

3. No further action will be taken in these cases until the clerk's office receives plaintiff's initial partial filing fees as directed above and the court has screened the complaint

as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 21st day of March, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge