IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HELSON PABON GONZALEZ,

    Plaintiff,

v.

PRC, D. GARDNER, C. MORRISON, and
T. CLARK,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-160-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

/s/

Peter Oppeneer, Clerk of Court

12/12/2018

Date